UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* ABDUL G. BURIDI, <br><br> Plaintiffs, <br> v. <br><br> KENTUCKIANA MEDICAL CENTER, LLC <br><br> KMC REAL ESTATE INVESTORS, LLC <br><br> RL BB-IN KRE OP, LLC <br><br> RL BB-IN KRE RE, LLC <br><br> RL BB FINANCIAL, LLC <br><br> RIALTO CAPITAL MANAGEMENT, LLC <br><br> HALL-ROBB, LLC <br><br> CHRISTODULOS STAVENS <br><br> ELI HALLAL <br><br> JEFFREY CAMPBELL <br><br> RENATO LAROCCA <br><br> CARDIOVASCULAR HOSPITALS OF AMERICA, LLC, <br><br> Defendants. | Case No. 4:15-cv-014-RLY-DML <br><br> **UNDER SEAL** |

**UNITED STATES' NOTICE OF ELECTION TO INTERVENE
IN PART FOR PURPOSES OF SETTLEMENT AND TO DECLINE IN PART**

Pursuant to the False Claims Act, 31 U.S.C. §§ 3730(b)(2) and (4), the United States respectfully advises the Court of its decision to intervene in part and decline in part for the purpose of effectuating and formalizing a Settlement Agreement to resolve this action, which has been reached among the United States, Relator Abdul G. Buridi, Defendant Rialto Capital

Management, LLC, and RL BB-IN KRE, LLC (collectively, the "Settlement Parties"). Specifically, the United States intervenes in this action with respect to any civil claims based upon the factual allegations set forth in Paragraph E of the Settlement Agreement (the "Covered Conduct"). The United States declines intervention with respect to all other claims in this action.

The Settlement Parties have executed a Settlement Agreement dated May 28, 2019. Following payment to the United States of the full settlement amount (which is required within 10 business days of the effective date of the Settlement Agreement), the United States and Relator will file a Stipulation of Dismissal of this action.

Finally, the United States requests that the Relator's Complaint and Relator's First Amended Complaint, this Notice of Intervention, and all subsequent filings in this action be unsealed. The United States requests that all other papers on file in this action remain under seal and not be made public (including, but not limited to, any applications filed by the United States for extensions of the sixty-day investigative period, any applications for partial lifting of the seal, and any orders previously entered in this matter). In discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order is filed herewith.

Dated: May 29, 2019 Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

JOSH J. MINKLER
United States Attorney

By: _s/ Shelese Woods_____
SHELESE WOODS
Assistant United States Attorney
Office of the United States Attorney
10 West Market Street, Suite 2100
Indianapolis, IN 46204
Telephone: 317-226-6333

MICHAEL D. GRANSTON
TRACY L. HILMER
DANIEL A. SPIRO
NATHAN P. GREEN
Attorneys, Civil Division
Commercial Litigation Branch
Department of Justice
P.O. Box 261, Ben Franklin Station
Washington, DC 20044
(202) 616-3898

*Attorneys for the United States of America*

## **CERTIFICATE OF SERVICE**

      This is to certify that I have served a copy of the foregoing Notice of Intervention, by mailing a copy thereof to the following counsel of record on this 29th of May, 2019:

Miles S. Apple
APPLE LEGAL GROUP
6006 Brownsboro Park Boulevard
Suite E
Louisville, KY 40207
miles.apple@applegardiner.com

                                              *s/ Shelese Woods*_____
                                              Shelese Woods
                                              Assistant United States Attorney
                                              Office of the United States Attorney
                                              10 West Market Street, Suite 2100
                                              Indianapolis, IN 46204
                                              Telephone: 317-226-6333