UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* ABDUL G. BURIDI, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 4:15-cv-014-RLY-DML |
| KENTUCKIANA MEDICAL CENTER, LLC | ) ) ) | |
| KMC REAL ESTATE INVESTORS, LLC | ) ) | |
| RL BB-IN KRE OP, LLC | ) ) | |
| RL BB-IN KRE RE, LLC | ) ) | |
| RL BB FINANCIAL, LLC | ) ) | |
| RIALTO CAPITAL MANAGEMENT, LLC | ) ) | |
| HALL-ROBB, LLC | ) ) | |
| CHRISTODULOS STAVENS | ) ) | |
| ELI HALLAL | ) ) | |
| JEFFREY CAMPBELL | ) ) | |
| RENATO LAROCCA | ) ) | |
| CARDIOVASCULAR HOSPITALS OF AMERICA, LLC, | ) ) ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), and in accordance with the terms of

the Settlement Agreement effective as of May 28, 2019, that has been reached among the United

States, Relator Abdul G. Buridi, Defendant Rialto Capital Management, LLC, and RL BB-IN

KRE, LLC (the "Settlement Agreement"), the United States and Relator hereby stipulate, through their undersigned counsel, to dismissal of this case.

In accordance with the Settlement Agreement, dismissal shall be subject to the terms of the Settlement Agreement and shall be (1) with prejudice to the Relator and (2) with prejudice to the United States only as to the Covered Conduct described in Paragraph E of the Settlement Agreement and otherwise without prejudice to the United States.

The United States and Relator request that the Court retain jurisdiction for purposes of enforcing the Settlement Agreement and resolving any disputes arising under the Settlement Agreement.

A proposed order is attached for the convenience of the Court.

Dated: June 5, 2019                          Respectfully submitted,

                                             JOSEPH H. HUNT
                                             Assistant Attorney General
                                             Civil Division

                                             JOSH J. MINKLER
                                             United States Attorney

                          By:     *s/ Shelese Woods*
                                             SHELESE WOODS
                                             Assistant United States Attorney
                                             Office of the United States Attorney
                                             10 West Market Street, Suite 2100
                                             Indianapolis, IN 46204
                                             Telephone: 317-226-6333

MICHAEL D. GRANSTON
TRACY L. HILMER
DANIEL A. SPIRO
NATHAN P. GREEN
Attorneys, Civil Division
Commercial Litigation Branch
Department of Justice
P.O. Box 261, Ben Franklin Station
Washington, DC 20044
(202) 616-3898

*Attorneys for the United States of America*


*s/ Miles Apple*
Miles S. Apple
APPLE LEGAL PLLC
6006 Brownsboro Park Boulevard
Suite E
Louisville, KY 40207
Telephone: (502) 415-4165
Facsimile: (502) 805-0546
Miles.apple@att.net

*Counsel for Relator Abdul G. Buridi*

## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the foregoing Stipulation of Dismissal, by electronically filing a copy thereof through the Court's CM/ECF system, which will generate a copy to the following counsel of record on this 5th day of June, 2019:

Miles S. Apple
APPLE LEGAL GROUP
6006 Brownsboro Park Boulevard
Suite E
Louisville, KY 40207
miles.apple@applegardiner.com

*s/ Shelese Woods*
Shelese Woods
Assistant United States Attorney
Office of the United States Attorney
10 West Market Street, Suite 2100
Indianapolis, IN 46204
Telephone: 317-226-6333