UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* ABDUL G. BURIDI, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 4:15-cv-014-RLY-DML |
| KENTUCKIANA MEDICAL CENTER, LLC | ) ) | |
| KMC REAL ESTATE INVESTORS, LLC | ) ) | |
| RL BB-IN KRE OP, LLC | ) ) | |
| RL BB-IN KRE RE, LLC | ) ) | |
| RL BB FINANCIAL, LLC | ) ) | |
| RIALTO CAPITAL MANAGEMENT, LLC | ) ) | |
| HALL-ROBB, LLC | ) ) | |
| CHRISTODULOS STAVENS | ) ) | |
| ELI HALLAL | ) ) | |
| JEFFREY CAMPBELL | ) ) | |
| RENATO LAROCCA | ) ) | |
| CARDIOVASCULAR HOSPITALS OF AMERICA, LLC, | ) ) ) | |
| Defendants. | ) | |

**ORDER**

The United States and Relator Abdul G. Buridi having stipulated to dismissal of this

action pursuant to Federal Rule of Civil Procedure 41(a)(1), the Court orders as follows:

**IT IS HEREBY ORDERED** that, subject to the terms of the Settlement Agreement dated as of May 28, 2019 that has been reached among the United States, Relator, Defendant Rialto Capital Management, LLC, and RL BB-IN KRE, LLC (the "Settlement Agreement"),

1. All claims in this action are hereby dismissed with prejudice to Relator;

2. The claims in this action are hereby (1) dismissed with prejudice to the United States as to the Covered Conduct set forth in Paragraph E of the Settlement Agreement only, and (2) otherwise dismissed without prejudice to the United States; and

3. This Court shall retain jurisdiction for purposes of enforcing the Settlement Agreement and resolving any disputes arising under the Settlement Agreement.

**IT IS SO ORDERED** this day___6/06/2019_____.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Shelese Woods
Assistant United States Attorney
Office of the United States Attorney
10 West Market Street, Suite 2100
Indianapolis, IN 46204
Telephone: 317-226-6333
Shelese.Woods@usdoj.gov

Daniel Spiro
Attorney, Civil Division
Commercial Litigation Branch
Department of Justice
P.O. Box 261
Ben Franklin Station
Washington, DC 20044
Daniel.Spiro@usdoj.gov

Miles S. Apple
APPLE LEGAL GROUP
6006 Brownsboro Park Boulevard
Suite E
Louisville, KY 40207
miles.apple@applegardiner.com